```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                     APR 28 2016

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT VAN ALSTINE,<br><br>    Petitioner,<br><br>    v.<br><br>TIM PEREZ, Warden,<br><br>    Respondent. | Case No. CV 15-7119 SJO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing the Petition with prejudice.

DATED: APR 28 2016

S. JAMES OTERO
United States District Judge