FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT VAN ALSTINE, | Case No. CV 15-7119 SJO (FFM) |
|       Petitioner, | |
| | JUDGMENT |
|    v. | |
| TIM PEREZ, Warden, | |
|       Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: _____

_____
S. JAMES OTERO
United States District Judge